No. 130, Orig.  NEW HAMPSHIRE *v.* MAINE.  Motion for leave to file bill of complaint granted, and defendant is allowed 60 days within which to file a motion to dismiss on res judicata grounds.

Plaintiff is allowed 45 days to file a response to the motion. The Solicitor General is invited to file a brief expressing the views of the United States. JUSTICE SOUTER took no part in the consideration or decision of this order.